# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Restaurant Association, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> City of Berkeley, California, ) <br> ) <br> Defendant(s). ) | Case No: 3:19-cv-07668 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Sarah O. Jorgensen, an active member in good standing of the bar of State of Georgia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: California Restaurant Association in the above-entitled action. My local co-counsel in this case is Courtland Reichman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Co-counsel's California State Bar Number is:

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 1201 West Peachtree Street, Suite 2300 <br> Atlanta, GA 30309 | 100 Marine Parkway, Suite 300 <br> Redwood Shores, CA 94065 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (404) 609-1040 | (650) 623-1401 |
| My email address of record: | Local co-counsel's email address of record: |
| sjorgensen@reichmanjorgensen.com | creichman@reichmanjorgensen.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 541130.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/22/2019

Sarah O. Jorgensen
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Sarah O. Jorgensen is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 22, 2019

*(signature)*
UNITED STATES MAGISTRATE JUDGE *October*