UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF BERKELEY,<br><br>    Defendant. | No.  4:19-CV-07668-YGR<br><br>[PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS<br>*As Modified by the Court* |

**PURSUANT TO STIPULATION**, it is hereby **ORDERED** that:

1. The hearing on the City's Motion to Dismiss shall be ~~scheduled~~ **CONTINUED from March 10, 2020 to** ~~for~~ **April 7, 2020** at **2:00 p.m**.

2. The initial case management conference shall be set after the Motion to Dismiss is adjudicated.

This Order terminates Docket Number 25.

   **IT IS SO ORDERED.**

Dated: March 2, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**