# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA RESTAURANT ASSOCIATION,**<br>Plaintiff,<br>vs.<br>**CITY OF BERKELEY,**<br>Defendant. | CASE NO. 4:19-cv-07668-YGR<br>**ORDER GRANTING-IN-PART AND DENYING-IN-PART CALIFORNIA RESTAURANT ASSOCIATION'S ADMINISTRATIVE MOTION SEEKING A SURREPLY TO CITY OF BERKELEY'S MOTION TO DISMISS**<br>Re: Dkt. No. 29 |

Plaintiff California Restaurant Association ("CRA") administratively requests leave to file a surreply of ten pages to defendant City of Berkeley's ("Berkeley") motion to dismiss, to address alleged new evidence – here, a resolution and letter from the California Energy Commission ("CEC") – and purported new arguments advanced by Berkeley in the reply . (Dkt. No. 29.) Berkeley opposes the administrative motion, and avers that the new evidence introduced by Berkeley in its reply does not necessitate ten pages, and that the arguments made in the reply were made in the underlying motion, and that CRA further addressed the same statute in its opposition. (*See* Dkt. No. 30.) Berkeley highlights that it agreed to stipulate to a surreply of two pages to allow CRA to address the CEC letter and resolution, provided that Berkeley was also permitted a response of two pages to the surreply. (*See id.* at 3; *see also* Dkt. No. 29-2 at 3.)

Having reviewed the parties' briefing, the Court agrees that CRA should be permitted an opportunity to respond to the new evidence introduced by Berkeley in its reply. However, CRA's arguments do not persuade that Berkeley's arguments were newly made in the reply, as such arguments were similarly made in the underlying motion to dismiss.

Accordingly, the Court **GRANTS-IN-PART** and **DENIES-IN-PART** as follows:

- CRA may file a surreply **on or before March 27, 2020** that is limited to **four (4) pages** and that is limited to the topic of the new evidence – the CEC resolution and letter – introduced by Berkeley in its reply; and

- Berkeley may file a response **on or before April 3, 2020** that is limited to **four (4)**

**pages** and that is limited to arguments raised in CRA's surreply.

This Order terminates Docket Number 29.

**IT IS SO ORDERED.**

Dated: March 20, 2020

_____
**YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE**