Farimah F. Brown, City Attorney, SBN 201227
Christopher D. Jensen, Deputy City Attorney, SBN 235108
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone:  (510) 981-6998
Facsimile:  (510) 981-6960
cjensen@cityofberkeley.info

Attorneys for Defendant CITY OF BERKELEY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF BERKELEY,<br><br>          Defendant. | No.  4:19-CV-07668-YGR<br><br>**RESPONSE TO OPPOSTION TO REQUEST FOR JUDICIAL NOTICE**<br><br>Judge:     Hon. Yvonne Gonzalez Rogers<br>Date:      November 17, 2020<br>Time:      2:00 p.m.<br>Location:  Courtroom 1, Fourth Floor |

1  Plaintiff's opposition to the City's Request for Judicial Notice does not dispute the
authenticity of the documents for which judicial notice is sought or suggest that the documents
are not properly subject to judicial notice. Plaintiff's opposition focuses instead on the
arguments the City makes based on the documents.

The City's legal arguments are not relevant to the question of whether judicial notice is proper. The City has requested that the Court take judicial notice of Exhibits 1-18 of its Request for Judicial Notice. The Court should take judicial notice of the existence and contents of these materials, recognizing that disputed issues of fact may not be resolved by way of a motion to dismiss pursuant to Rule 12(b)(6).

In contrast, the Court may and should consider evidence submitted by the City in connection with its motion to dismiss pursuant to Rule 12(b)(1). *See Roberts v. Corrothers*, 812 F.2d 1173, 1177 (9th Cir. 1987). The declarations of Christopher D. Jensen, Jay Ogden, Steven Buckley, and Jordan Klein and attached exhibits should be admitted as evidence in support of the City's motion to dismiss for lack of jurisdiction. This evidence is relevant to rebutting Plaintiff's unsubstantiated allegations related to jurisdiction, which are further called into question by Plaintiff's lack of transparency and inability to produce credible evidence to support standing and ripeness in connection with its opposition to the City's motion to dismiss the First Amended Complaint

Dated:  October 27, 2020                    BERKELEY CITY ATTORNEY'S OFFICE


By:  /s/Christopher D. Jensen
       Farimah Brown
       Christopher D. Jensen

Attorneys for Defendant City of Berkeley