Courtland L. Reichman (CA Bar No. 268873)
Laura Carwile (CA Bar No. 291906)
**REICHMAN JORGENSEN LLP**
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Facsimile: (650) 623-1449
creichman@reichmanjorgensen.com
lcarwile@reichmanjorgensen.com

Sarah Jorgensen (*Pro Hac Vice*)
**REICHMAN JORGENSEN LLP**
1201 West Peachtree Street, Suite 2300
Atlanta, GA 30309
Telephone: (404) 609-1040
Facsimile: (650) 623-1449
sjorgensen@reichmanjorgensen.com

Gary J. Toman (*Pro Hac Vice*)
**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL LLP**
3344 Peachtree Road NE, Suite 2400
Atlanta, GA 30326
Telephone: (404) 876-2700
Facsimile: (404) 875-9433
gtoman@wwhgd.com

Kylie Chiseul Kim (*Pro Hac Vice*)
**KELLOGG, HANSEN, TODD, EVANS, FIGEL & FREDERICK LLP**
1615 M St NW #400
Washington, DC 20036
Telephone: (202) 326-7924
Facsimile: (202) 326-7999
kkim@kellogghansen.com

*Attorneys for Plaintiff*
*California Restaurant Association*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION, a California nonprofit mutual benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BERKELEY,<br><br>Defendant. | Case No. 4:19-cv-07668-YGR<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR HEARING ON DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT;** [PROPOSED] ORDER<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Action Filed: Nov. 21, 2019 |

1    Pursuant to Civil Local Rule 7-12, Plaintiff California Restaurant Association ("CRA") and Defendant City of Berkeley ("Berkeley") (collectively "the Parties"), by and through their respective counsel, stipulate to extend time for the hearing on Defendant's Motion to Dismiss the First Amended Complaint ("Motion to Dismiss"), currently scheduled for November 17, 2020.

1.   On September 18, 2020, the Court set the hearing on the Motion to Dismiss for November 17, 2020 at 2:00 P.M.

2.   On October 26, 2020, the Parties met and conferred via email regarding the upcoming hearing date.

3.   Attorneys for CRA have an extensive, dispositive summary judgment hearing in an unrelated matter that was scheduled for the day before this hearing and cannot be changed. It would be difficult for the attorneys to prepare adequately for both oral arguments.

4.   In light of the unavailability of counsel and the complexity of the issues presented, the Parties agree that the hearing date for the Motion to Dismiss should be continued.

5.   Both Parties have availability on December 8, 2020, or December 15, 2020, if convenient for the Court.

THEREFORE, IT IS HEREBY STIPULATED by and between CRA and Berkeley, and the Parties respectfully request, that:

1.   The hearing on the Motion to Dismiss shall be continued to December 8, 2020, December 15, 2020, or any time as may be convenient for the Court.

**SO STIPULATED.**

Dated: October 27, 2020                           REICHMAN JORGENSEN LLP

                                                  By:   /s/ Laura Carwile
                                                        Laura Carwile

Dated: October 27, 2020                           BERKELEY CITY ATTORNEY'S OFFICE

                                                  By:   /s/ Christopher Jensen
                                                        Christopher Jensen

**ECF ATTESTATION**

In accordance with Civil Local Rule 5(i)(3), I, Laura Carwile, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.

**[PROPOSED]** **ORDER**

PURSUANT TO STIPULATION, it is hereby ORDERED that:

1. The hearing on the Motion to Dismiss shall be **CONTINUED**, to any time as may be convenient for the Court, to the **8th day of December, 2020 at 2:00 p.m. PST**.

**IT IS SO ORDERED.**

DATED: ___October 27, 2020___  

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE