Lily N. Chinn (SBN   203173)
BAKER BOTTS L.L.P.
101 California Street Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6228
Fax: (415) 291-6238
Lily.Chinn@bakerbotts.com

Megan Berge (*Pro Hac Vice*)
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington, D.C. 20001
Telephone: (202) 639-1308
Fax: (202) 639-1171
Megan.berge@bakerbotts.com

Macey Reasoner Stokes (*Pro Hac Vice*)
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1369
Fax: (713) 229-7869
Macey.stokes@bakerbotts.com

Francesca Eick (*Pro Hac Vice*)
BAKER BOTTS L.L.P.
98 San Jacinto Boulevard, Suite 1500
Austin, Texas 78701
Telephone: (512) 322-2672
Fax: (512) 322-3672
Francesca.eick@bakerbotts.com

*Attorneys for Amici Curiae*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| California Restaurant Association,<br><br>                    Plaintiff,<br><br>v.<br><br>City of Berkeley,<br><br>                    Defendant. | Case No. 4:19-CV-07668-YGR<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR AMICI CURIAE NATIONAL ASSOCIATION OF HOME BUILDERS; NATIONAL ASSOCIATION OF MANUFACTURERS; AIR CONDITIONING, HEATING, AND REFRIGERATION INSTITUTE; HEARTH, PATIO, & BARBECUE ASSOCIATION** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Amici Curiae National Association of Home Builders, National Association of Manufacturers, Air Conditioning, Heating, and Refrigeration Institute and Hearth, Patio & Barbecue Association hereby advises the Court that counsel Lily N. Chinn (SBN 203173) will substitute for counsel Shamus S. Flynn.

Lily N. Chinn of Baker Botts LLP hereby enters an appearance as counsel for Amici Curiae in the above-referenced action.  Please remove Shamus S. Flynn from the Court's service list for this action and serve Ms. Chinn with all pleadings and notices in this action.

Lily N. Chinn (SBN 203173)
BAKER BOTTS L.L.P.
101 California Street Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6214
Fax: (415) 291-6314
Lily.Chinn@bakerbotts.com


Dated: November  6, 2020


By: /s/ Lily N. Chinn
Lily N. Chinn
BAKER BOTTS L.L.P.
101 California Street, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6214
Fax: (415) 291-6314
Lily.Chinn@bakerbotts.com

Megan Berge (*Pro Hac Vice*)
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington D.C. 20001
Telephone: (202) 639-1308
Fax: (202) 639-1171
Megan.berge@bakerbotts.com

Macey Reasoner Stokes (*Pro Hac Vice*)
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1369
Fax: (713) 229-7869
Macey.stokes@bakerbotts.com

Francesca Eick (*Pro Hac Vice*)

1

BAKER BOTTS L.L.P.
98 San Jacinto Boulevard Suit 1500
Austin, Texas 78701
Telephone: (512) 322-2672
Fax: (512) 322-3672
Francesca.eick@bakerbotts.com

*Attorneys for Amici Curiae*

NOTICE OF SUBSTITUTION OF COUNSEL
OF AMICI CURIAE
CASE NO. 4:19-CV-07668-YGR