**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CALIFORNIA RESTAURANT ASSOCIATION,**<br>Plaintiff,<br>vs.<br>**CITY OF BERKELEY,**<br>Defendant. | Case No. 4:19-cv-07668-YGR<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE**<br><br>Re: Dkt. No. 56 |

Upon consideration of the motion of the National Association of Homebuilders, the National Association of Manufacturers, the Air Conditioning, Heating and Refrigeration Institute, and the Hearth, Patio & Barbecue Association ("Amici") for leave to file a brief as *amici curiae* in support of the California Restaurant Association, for the good cause shown therein, and having received no opposition from either plaintiff California Restaurant Association or defendant City of Berkeley, the motion for leave to file brief of *amici curiae* is **GRANTED**.

The Amici are **ORDERED** to file the attached brief on the docket as soon as reasonably practicable.

This Order terminates Docket Number 56.

**IT IS SO ORDERED.**

Dated: November 12, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**