# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 2/2/2021 | **Time:** 1:59pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 19-cv-07668-YGR | **Case Name:** California Restaurant Association v. City of Berkeley | |

**Attorney for Plaintiff:** Courtland L. Reichman
**Attorney for Defendant:** Christopher D. Jensen

**Deputy Clerk:** Frances Stone          **Court Reporter:** Diane Skillman

## PROCEEDINGS

Defendant's Motion to Dismiss First Amended Complaint [Dkt. No. 47]- HELD VIA ZOOM WEBINAR AND SUBMITTED