UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 10 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION, a California nonprofit mutual benefit corporation,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>CITY OF BERKELEY,<br><br>        Defendant - Appellee. | No. 21-16278<br><br>D.C. No. 4:19-cv-07668-YGR<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |

The judgment of this Court, entered April 17, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                       FOR THE COURT:

                       MOLLY C. DWYER
                       CLERK OF COURT