Courtland L. Reichman (SBN 268873)
Laura Carwile (SBN 291906)
**REICHMAN JORGENSEN LEHMAN
& FELDBERG LLP**
100 Marine Parkway, Suite 300
Redwood Shores, CA  94065
Telephone: (650) 623-1401
creichman@reichmanjorgensen.com
lcarwile@reichmanjorgensen.com

Sarah Jorgensen (*Pro Hac Vice*)
**REICHMAN JORGENSEN LEHMAN
& FELDBERG LLP**
1201 West Peachtree Street, Suite 2300
Atlanta, GA  30309
Telephone: (650) 623-1403
sjorgensen@reichmanjorgensen.com

Gary J. Toman (*Pro Hac Vice*)
**WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL LLP**
3344 Peachtree Road NE, Suite 2400
Atlanta, GA  30326
Telephone: (404) 876-2700
gtoman@wwhgd.com

Kylie Chiseul Kim (*Pro Hac Vice*)
**MASSEY & GAIL LLP**
1000 Main Avenue, SW, Suite 450
Washington, DC 20024
Telephone: (202) 407-1268
kkim@masseygail.com

*Attorneys for Plaintiff California Restaurant
Association*

Farimah F. Brown, City Attorney (SBN 201227)
Brendan Darrow (SBN 273413)
**BERKELEY CITY ATTORNEY'S OFFICE**
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 981-6998
fbrown@cityofberkeley.info
bdarrow@cityofberkeley.info

*Attorneys for Defendant City of Berkeley*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>         Plaintiff,<br>    v.<br><br>CITY OF BERKELEY,<br><br>         Defendant. | No.  4:19-CV-07668-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER TO HOLD CASE IN ABEYANCE PENDING SETTLEMENT** |

Plaintiff California Restaurant Association and Defendant City of Berkeley have reached a settlement in principle but need time to finalize and implement it.  The City has agreed to repeal the challenged Natural Gas Infrastructure Ordinance, Ordinance No. 7,672-N.S., a process that will take several months in light of the City Council's procedures and calendar.  The parties therefore stipulate and request that the Court hold this case in abeyance for approximately six months, until September 10, 2024, to allow time for the City to repeal the Ordinance.

1. On February 13, 2024, the Court granted the parties' joint request to continue the Initial Case Management Conference set for February 26, 2024 to April 1, 2024 to allow time for settlement discussions.  The Court likewise extended the deadline to file a case management statement to March 25, 2024.  ECF 91 (minute entry).

2. The parties have reached a settlement in principle in which the City will repeal its Ordinance and, following the repeal, the parties will file a stipulation of dismissal under Civil Rule 41(a).  The parties wish to avoid unnecessarily expending additional resources on and burdening the Court with this litigation in the meantime.  The parties therefore stipulate and request that this case, including all deadlines and discovery obligations, be held in abeyance for six months.

THEREFORE, IT IS HEREBY STIPULATED by and between the Association and the City, and the parties respectfully request, that:

1. This case will be held in abeyance until September 10, 2024.  All deadlines and discovery obligations are suspended.

2. If the parties do not file a stipulation of dismissal by September 10, 2024, the parties will file a case management statement by September 23, 2024.

3. The Initial Case Management Conference is continued until September 30, 2024 (or such other date as may be convenient for the Court) at 2 p.m. by videoconference only.

4. The Parties will provide advance notice of counsel or parties who wish to be identified by the Court as making an appearance or will be participating in the argument at the hearing.  A list of names and emails must be sent to the CRD at YGRCRD@cand.uscourts.gov no later than September 27, 2024 at 12:00 PM PST.

1   **SO STIPULATED.**

2

3   Dated:  March 18, 2024                    REICHMAN JORGENSEN LEHMAN &
                                              FELDBERG LLP
4

5                                             By:  */s/ Sarah Jorgensen*
                                                   Sarah Jorgensen
6
                                              Attorney for Plaintiff California Restaurant
7                                             Association

8

9                                             BERKELEY CITY ATTORNEY'S OFFICE

10
                                              By:  */s/ Farimah F. Brown*
11                                                 Farimah F. Brown

12                                            City Attorney for Defendant City of Berkeley

13

14                                    **ECF ATTESTATION**

15          In accordance with Civil Local Rule 5(i)(3), I, Sarah Jorgensen, attest that I have

16   obtained concurrence in the filing of this document from the other signatory listed here.

17

18

19   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

20

21   DATED: _____          _____
22                                            Hon. Yvonne Gonzalez Rogers
                                              United States District Judge
23

24

25

26

27

28