| | |
|---|---|
| Courtland L. Reichman (SBN 268873)<br>Laura Carwile (SBN 291906)<br>**REICHMAN JORGENSEN LEHMAN**<br>**& FELDBERG LLP**<br>100 Marine Parkway, Suite 300<br>Redwood Shores, CA 94065<br>Telephone: (650) 623-1401<br>creichman@reichmanjorgensen.com<br>lcarwile@reichmanjorgensen.com<br><br>Sarah Jorgensen (*Pro Hac Vice*)<br>**REICHMAN JORGENSEN LEHMAN**<br>**& FELDBERG LLP**<br>1201 West Peachtree Street, Suite 2300<br>Atlanta, GA 30309<br>Telephone: (650) 623-1403<br>sjorgensen@reichmanjorgensen.com<br><br>Gary J. Toman (*Pro Hac Vice*)<br>**WEINBERG, WHEELER, HUDGINS,**<br>**GUNN & DIAL LLP**<br>3344 Peachtree Road NE, Suite 2400<br>Atlanta, GA 30326<br>Telephone: (404) 876-2700<br>gtoman@wwhgd.com<br><br>Kylie Chiseul Kim (*Pro Hac Vice*)<br>**MASSEY & GAIL LLP**<br>1000 Main Avenue, SW, Suite 450<br>Washington, DC 20024<br>Telephone: (202) 407-1268<br>kkim@masseygail.com<br><br>*Attorneys for Plaintiff California Restaurant Association* | Farimah F. Brown, City Attorney (SBN 201227)<br>Brendan Darrow (SBN 273413)<br>**BERKELEY CITY ATTORNEY'S OFFICE**<br>2180 Milvia Street, Fourth Floor<br>Berkeley, CA 94704<br>Telephone: (510) 981-6998<br>fbrown@cityofberkeley.info<br>bdarrow@cityofberkeley.info<br><br>*Attorneys for Defendant City of Berkeley* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIA RESTAURANT ASSOCIATION,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF BERKELEY,<br><br>    Defendant. | No. 4:19-CV-07668-YGR<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1   Plaintiff California Restaurant Association and Defendant City of Berkeley have resolved
2   this case in its entirety.  The parties therefore stipulate to dismissal of this action without
3   prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own
4   costs and fees.

**SO STIPULATED.**

Dated: August 12, 2024

REICHMAN JORGENSEN LEHMAN & FELDBERG LLP

By:  */s/ Sarah Jorgensen*
       Sarah Jorgensen

Attorney for Plaintiff California Restaurant Association

BERKELEY CITY ATTORNEY'S OFFICE

By:  */s/ Farimah F. Brown*
       Farimah F. Brown

City Attorney for Defendant City of Berkeley

**ECF ATTESTATION**

In accordance with Civil Local Rule 5(i)(3), I, Sarah Jorgensen, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.